| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE<br>          U.S. MAGISTRATE JUDGE | DATE: 1/3/2020<br>TIME: 11:00 am |

CASE:  **CV 17-6835(RRM) Astudillo v. Island Wide Building Services, Inc. et al**

| | |
|---|---|
| TYPE OF CONFERENCE: FAIRNESS | FTR: 11:04-11:07 |

APPEARANCES:
   For Plaintiff:   David Barnhorn and Peter Romero

   For Defendant: Douglas Rowe

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other:   Docket entry [52] has been granted for the reasons set forth on the record today, 1/3/2020 and for the reasons set forth at the previous conference on 12/11/2019.


                              SO ORDERED

                               /s/Steven I. Locke
                              STEVEN I. LOCKE
                              United States Magistrate Judge