UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ATHALA ASTUDILLO, on behalf of herself and all
other persons similarly situated,

                Plaintiff,

                                            JUDGMENT
                                            17-CV-6835 (RRM) (SIL)

           -against-

ISLAND WIDE BUILDING SERVICES INC.
and PAUL PISANO,

                Defendant.
------------------------------------------------------------ X

        A Memorandum and Order of Honorable Roslyn R. Mauskopf, United States District Judge, having been filed on March 29, 2021, granting defendants' motion to dismiss this action for failure to prosecute; dismissing this action without prejudice; and directing the Clerk of Court to enter judgment in favor of defendants and against plaintiffs Caceres and Villatoro only; it is

        ORDERED and ADJUDGED that defendants' motion to dismiss this action for failure to prosecute is granted; that this action is dismissed without prejudice; and that judgment is hereby entered in favor of defendants and against plaintiffs Caceres and Villatoro only.

Dated: Brooklyn, NY                                           Douglas C. Palmer
       March 31, 2021                                        Clerk of Court

                                                                     By: */s/Jalitza Poveda*
                                                                          Deputy Clerk